**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 11, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00128-CV

---

### HOWARD BAGWELL, Appellant

### V.

### STRESSFREE PROPERTY SOLUTIONS AND THBN, LLC, Appellees

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1042182**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 3, 2014. On February 24, 2014, appellant Howard Bagwell filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.